# EXHIBIT B

National Student Clearinghouse®
2300 Dulles Station Blvd., Suite 220, Herndon, VA 20171
PH (703) 742-4200   FX (703) 318-4058
www.studentclearinghouse.org
© 2023  National Student Clearinghouse. All rights reserved.

# EnrollmentVerify Certificate

**Transaction ID#:** 317799807

**Date/Time Notified:** 11/10/2023 14:01 EST

**Subject:** JIWON BYUN-GARSON

## ENROLLMENT INFORMATION VERIFIED

The National Student Clearinghouse as agent for and Authorized Certifying School Official of:

UNIVERSITY OF FLORIDA

verifies that:

JIWON IRIS BYUN-GARSON

The latest records reported by UNIVERSITY OF FLORIDA were certified on 10/30/2023 for the term beginning on 08/23/2023 and ending on 12/15/2023.  This information indicates that the student is currently enrolled.

| Date Certified by School | Enrolled | Term Start | Term End |
|---|---|---|---|
| 10/30/2023 | Full-time | 08/23/2023 | 12/15/2023 |

***Disclaimer*** - All information verified was obtained directly and exclusively from the individual's educational institution. The Clearinghouse disclaims any responsibility or liability for errors or omissions, including direct, indirect, incidental, special or consequential damages based in contract, tort or any other cause of action, resulting from the use of information supplied by the educational institution and provided by the Clearinghouse. The Clearinghouse also does not verify the accuracy or correctness of any information provided by the requestor.

***Do Not Distribute***  - This certificate and the information therein is governed by the Verification Services Terms, which you agreed to when you requested this verification. Neither the certificate nor its contents may be disclosed or shared with any other parties unless the disclosure is to the entity or individual on whose behalf the verification was requested, or to the student or certificate holder whose enrollment, degree, or certification was verified.