# EXHIBIT C

**For: JIWON IRIS BYUN GARSON**



## Most Recent I-94

**Admission (I-94) Record Number : 454590126A3**

**Most Recent Date of Entry: 2023 July 21**

**Class of Admission : DA**

**Admit Until Date : 07/18/2024**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **BYUN GARSON** |
| **First (Given) Name :** | **JIWON IRIS** |
| **Birth Date :** | **2005 April 09** |
| **Document Number :** | **231941226** |
| **Country of Citizenship :** | **Korea, South** |

Get Travel History

► **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

► **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

► **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 08/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy · Terms

사 증
**VISAS**

U.S. DEPARTMENT OF HOMELAND SECURITY
**PAROLED**

Until __Jul, 18, 2024__

18502    Purpose: _____    18502

DA/AOS

07-21-23   RBN   2252D

(Date)     (Location)     (Officer)

U.S. DEPARTMENT OF HOMELAND SECURITY