# EXHIBIT D

