# EXHIBIT E

# My FAFSA®

FAFSA Menu

STUDENT INFORMATION

## Welcome to Jiwon Byun-Garson's application!

2023-24                    2022-23

**Current Application Status:**

✓ Processed Successfully

Your application has been corrected by a financial aid administrator. To avoid delays in your financial aid process, you should contact your college's financial aid office before making any additional corrections.

Congratulations, your FAFSA form was successfully processed.



**View *Student Aid Report* (SAR)**
Review your SAR and corrections made to your FAFSA form.

[ View SAR ]



**Make Corrections to My FAFSA Form**
Change or correct information on a previous FAFSA submission.

[ Make Corrections ]



**Add or Change Schools**
Add, remove, or change schools and housing plans on your FAFSA form.

[ Add/Change Schools ]

---

### What Happens Next

- Your FAFSA information was made available to the school(s) you listed on your FAFSA form.
- Your school(s) will use your FAFSA information to determine the aid you may be eligible to receive.
- Your school(s) will contact you if they need more information or to discuss your financial aid award.
- If you have questions about your financial aid package, contact your school(s).

**FSA ID Status:**   *Last Successful FSA ID Log In:* 09:53, 08/15/2023

✓ Matched

Manage FSA ID

You can use your FSA ID to sign your FAFSA® form electronically or make corrections to your FAFSA form.

You may have application information not displayed on this page.

The following name(s) and identifier(s) are associated with your FSA ID. Choose a name to search for information associated with the identifiers.

| | FIRST NAME | LAST NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| ○ | Jiwon | Byun-Garson | ---1429 | 04/09/2005 |

Select

# 2023-24 Student Aid Report

TRANSACTION 06

Application Receipt Date
11/08/2022

Processed Date
[illegible]

Data Release Number (DRN)
4492

## Processing Results

Learn about federal tax benefits for education, including the American Opportunity tax credit.

### Expected Family Contribution: 0 C

Based on the information we have on record for you, your Expected Family Contribution (EFC) is 0. You may be eligible to receive a Federal Pell Grant and other federal student aid. Your school will use your EFC to determine your financial aid eligibility for federal grants, loans, and work-study funds, and possible funding from your state and school.

There is a limit to the total amount of Federal Pell Grants that a student may receive, which is the equivalent of six school years. Once a total amount of Federal Pell Grant eligibility has been received, a student can no longer receive Federal Pell Grant aid.

If you are or were in foster care, you may be eligible for assistance through federal programs for foster youth, such as the John H. Chafee Foster Care Independence Program and/or the Education and Training Voucher (ETV) Program. For more information, contact your state ETV coordinator. Find contact information at childwelfare.gov/organizations.

Based on your EFC of 0, you may be eligible to receive a Federal Pell Grant of up to $7,395 for the 2023-24 school year provided you have not met or exceeded the lifetime limit established for the Federal Pell Grant program.

## FAFSA Data

Your FAFSA data reflects the answers you provided on your FAFSA form. Assumed values are marked with an asterisk (*).

### What you must do now:

*Use the checklist below to make sure that all of your issues are resolved.*

- The United States Citizenship and Immigration Services of the U.S. Department of Homeland Security didn't confirm that you are a noncitizen (Item 14) in an immigration status associated with the requirements of eligibility for the financial assistance for which you have applied. You must submit proof to your school that you are in the required noncitizen immigration status. If you don't submit proof within 30 days or longer if your school allows, you may not be eligible for federal student aid.

- If you need to make corrections to your information, select "Make Corrections" on the "My FAFSA" page using your account username and password (FSA ID). If you need additional help with your *Student Aid Report* (SAR), contact your school's financial aid office or select the "Get FAFSA help" link from the FAFSA home page. If your mailing address or email address changes, you can make the correction online.

○ Collapse All