# EXHIBIT F



S107 Criser Hall
PO Box 114025
Gainesville, FL 32611-4025
352-392-2244
352-392-2861 Fax
www.sfa.ufl.edu

**Division of Enrollment Management**
**Student Financial Aid and Scholarships**

## Citizenship Verification Form

UFID: 30461496    Student's Name: Jiwon Iris Byun-Garson

This form is for the collection of Department of Homeland Security (DHS) or other U.S. citizenship/nationality documents from students.

There are two options for completion of this form.

1. Students may come into the office at S107 Criser Hall to show their documentation in person before uploading this completed form and documentation to their ONE.UF To-Do list.
2. Students may also complete the notary portion of the form before uploading this form and documentation to their ONE.UF To-Do list.

I certify that I __Jiwon Iris Byun-Garson__ am the individual signing this statement, and I am providing a copy of my document(s) along with a true, exact, and complete copy of a valid government-issued photo identification card bearing my portrait. I understand that any federal student financial assistance I may receive will only be used for educational purposes and to pay the cost of attending the University of Florida for the 2023-2024 academic year.

Required document(s):

| Type of Valid Photo ID | EXPIRATION DATE OF VALID PHOTO ID | ISSUING AUTHORITY OF VALID PHOTO ID |
|---|---|---|
| DHS EAD | 02/12/2025 | DEPT HOMELAND SECURITY |

| NAME OF CITIZENSHIP AND/OR IMMIGRATION DOCUMENT(S) | EXPIRATION DATE (IF ANY) OF CITIZENSHIP AND/OR IMMIGRATION DOCUMENT(S) |
|---|---|
| I-766 EMPLOYMENT AUTHORIZATION DOCUMENT WITH I-512 ENDORSEMENT (PROOF OF PAROLEE STATUS) | 02/12/2025 |
| I-797C NOTICE OF ACTION FOR I-485: PROOF OF APPLICATION FOR PERM RESIDENCY | N/A |

I understand that providing false or misleading information or documents is punishable by fine or imprisonment and may make me liable for repayment of any funds received on the basis of the information and documents I have provided.

_Jiwon Byun-Garson_ (Student's Signature)    04/20/2023 (Date)

### In Person Office Review

The student's documentation was viewed in our office on _____ by _____.

**OR**

### Notary's Certificate of Acknowledgement

State of __florida__

City/County of __Saint Johns__

On __4/20/23__ (Date), before me, __Brittany Green__ (Notary's name), personally appeared, __Jiwon Byun Garson__ (Printed name of signer), and proved to me on basis of satisfactory evidence of identification __USA EAD__ (Type of government-issued photo ID provided) to be the above-named person who I witnessed signing this statement.

**WITNESS** my hand and official seal
(seal)

(Notary signature)

My commission expires on __Nov 1st 2026__
(Date)

BRITTANY GREEN
Notary Public - State of Florida
Commission # HH 376632
My Comm. Expires Nov 1, 2026