# EXHIBIT G

9/7/23, 1:46 AM     ExlSol Solutions Mail - Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Case 1:23-cv-00272-MW-HTC Document 7 Filed 11/15/23 Page 2 of 146



Chris Garson <chris.garson@exlsolutions.net>

---

## Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

33 messages

---

**Chris Garson** <chris.garson@exlsolutions.net>
To: "Jiwon I. Byun-Garson" <jiwon.byungarson@ufl.edu>, sfa-help@mail.ufl.edu

Wed, Jul 5, 2023 at 1:54 PM

Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> **§ 668.33 Citizenship and residency requirements.**
>
> (a) Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
> (1) Be a citizen or national of the United States; or
>
> (2) Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
> (i) Is a permanent resident of the United States; or
>
> (ii) Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
> Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**
>
>  Hello Jiwon,
>
> We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.
>
> While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships:
> http://www.sfa.ufl.edu/types-of-aid/scholarships/
>
> If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.
>
> Regards
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> ref:_00D412ElGo._5001K1FnuoE:ref

---

**2 attachments**



**untitled**
87K

**untitled**
27K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                          Fri, Jul 28, 2023 at 7:00 AM
To: "Jiwon I. Byun-Garson" <jiwon.byungarson@ufl.edu>, sfa-help@mail.ufl.edu

Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.



According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

**Checking SAVE for a Response After Submitting a Third Step Verification Request**

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.

You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

[Quoted text hidden]

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Fri, Jul 28, 2023 at 8:40 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> To: chris.garson, Jiwon Iris Byun-Garson                    July 6, 2023 at 11:14 AM
>
> Mr. Garson,
> I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.
>
> Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".
>
> Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.
>
> If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.
>
> Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| CASE UNDER REVIEW | | | View Case |
|---|---|---|---|
| **Date of CaseCheck** | **Agency** | **Case Verification Number** | **Case Status** |
| July 6, 2023 | D.C.-Federal Student Aid, U.S. Department of Education (WS37) | 0023110809001TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.

You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
    [Quoted text hidden]
    [Quoted text hidden]
      [Quoted text hidden]

          ?
Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**3 attachments**

[Document image placeholder text overlapping header: ...ExL Solutions, LLC Mail - Re: 2023 Document of citizenship declaration.pdf ... ...EGoE[5t461FnuoE:ref ]]

☐ untitled.
41K

☐ d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

☐ untitled.
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                          Fri, Jul 28, 2023 at 9:24 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

[Quoted text hidden]
  [Quoted text hidden]
  **[External Email]**
  [Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

---

**3 attachments**

☐ untitled.
41K

☐ d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

☐ untitled.
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>        Fri, Jul 28, 2023 at 11:32 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson


[Quoted text hidden]
  [Quoted text hidden]
  [External Email]
  [Quoted text hidden]
  [Quoted text hidden]
  [Quoted text hidden]

---

**3 attachments**

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                              Mon, Jul 31, 2023 at 5:14 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
  Mr. Garson,

  I have notified my supervisors about your concerns and they are researching your case.

  As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

[Quoted text hidden]

---

**3 attachments**

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                    Wed, Aug 2, 2023 at 4:04 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.

9/7/23, 1:46 AM
Case 1:23-cv-00272-MW-HTC Document 7 Filed 11/15/23 Page 9 of 146
Case Status Online ~ mail.uscis.gov ~ Eligible Non-Citizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]



U.S. Citizenship
and Immigration
Services

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

# Case Status Online

## Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

[Quoted text hidden]

---

**3 attachments**

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Tue, Aug 8, 2023 at 11:32 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]

Marie,



Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                    Tue, Aug 8, 2023 at 10:33 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



# Case Status Online

## Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

    EAC1234567890

    Check Status

Already have an Account? Login
Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

[Quoted text hidden]

**4 attachments**

| | untitled. |
|---|---|
| | 144K |
| | untitled. |
| | 41K |
| | d7b16ecd-8043-4430-9c09-4a79d167af63. |
| | 120K |
| | untitled. |
| | 48K |

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                Wed, Aug 9, 2023 at 10:47 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.

Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.

If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.

Let me know if you have any questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris


On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.

An official website of the United States government   Here's how you know ⌄     Espanol   Multilingual Resources

**U.S. Citizenship and Immigration Services**

Topics   Forms   Newsroom   Citizenship   Green Card   Laws   Tools

# Case Status Online

## Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

[ EAC1234567890 ]

[ Check Status ]

Already have an Account? Login

Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>          Wed, Aug 9, 2023 at 11:01 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

9/7/23, 1:46 AM
Case 1:23-cv-00272-MW-HTC 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
Case 1:23-cv-00272-MW-HTC   Document 1-7   Filed 11/15/23   Page 14 of 146

When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e. that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris


On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.
>
> Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.
>
> If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.
>
> Let me know if you have any questions.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> From: Chris Garson [chris.garson@exlsolutions.net]
> Sent: 8/8/2023, 10:33 PM
> To: sfa-help@mail.ufl.edu
> Cc: jiwon.byungarson@ufl.edu
> Subject: Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> SAVE is now reporting that the request has been returned. Can you verify?
>
> Thanks,
> Chris
>

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                    Mon, Aug 14, 2023 at 11:58 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>            Mon, Aug 14, 2023 at 2:27 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>, "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
[Quoted text hidden]

---

**5 attachments**



Screen Shot 2023-08-14 at 2.26.07 PM.png
350K

untitled.
144K

untitled.
41K

     d7b16ecd-8043-4430-9c09-4a79d167af63.
     120K

     **untitled.**
     48K

---

**Chris Garson** <chris.garson@exlsolutions.net>             Mon, Aug 14, 2023 at 2:31 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine
> if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.
>
> As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still
> pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information
> yet.
>
> Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?
>
> I have included the instructions on how to set up the student authorizations form.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 11:58 AM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> **[External Email]**
> **[External Email]**
> Marie,
>
> Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—
> or did it immediately move to 2nd stage?
>
> Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?
>
> Thanks,
> Chris
>
> [Quoted text hidden]

---

**4 attachments**

     **untitled.**
     144K

     **untitled.**
     41K

📄 d7b16ecd-8043-4430-9c09-4a79d167af63.
   120K

📄 **untitled.**
   48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Mon, Aug 14, 2023 at 3:23 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>      Mon, Aug 14, 2023 at 3:25 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

Just so know you I do see where Jiwon updated her student authorizations. Thank you for getting this done so quick.

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>      Mon, Aug 14, 2023 at 3:26 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Marie,

The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.

Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------

**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                          Mon, Aug 14, 2023 at 3:42 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                    Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes          State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

[Quoted text hidden]

---

**4 attachments**

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>          Mon, Aug 14, 2023 at 4:10 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                    Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes          State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                    Mon, Aug 14, 2023 at 4:12 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

There are no "errors" listed on the FAFSA. It has been fully processed; this is different from what you're saying. Her A-number and SSN were confirmed. The immigration verification is irrelevant here and is not an "error." It is not Title IV aid.

Can we schedule a conference with you and your supervisors this week to discuss this and the other items? I don't believe UF is interpreting this correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:10 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                        Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes        State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

    untitled.
    144K

    untitled.
    41K

    **d7b16ecd-8043-4430-9c09-4a79d167af63.**
    120K

    untitled.
    48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>      Mon, Aug 14, 2023 at 4:19 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

[Quoted text hidden]

---

**5 attachments**

    untitled.
    105K

    untitled.
    144K

    untitled.
    41K

    **d7b16ecd-8043-4430-9c09-4a79d167af63.**
    120K

    untitled.
    48K

---

**Chris Garson** <chris.garson@exlsolutions.net>      Mon, Aug 14, 2023 at 4:22 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
  Mr. Garson,

  [Quoted text hidden]

  **[External Email]**
  [Quoted text hidden]
  [Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>       Mon, Aug 14, 2023 at 4:22 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I will inform my supervisors of your request for a meeting. As soon as I have a date and time I will let you know.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:12 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
There are no "errors" listed on the FAFSA. It has been fully processed; this is different from what you're saying. Her A-number and SSN were confirmed. The immigration verification is irrelevant here and is not an "error". It is not Title IV aid.

Can we schedule a conference with you and your supervisors this week to discuss this and the other items? I don't believe UF is interpreting this correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:10 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                                Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes        State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to ==degree-seeking, resident, undergraduate students== who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

    **untitled.**
    105K

    **untitled.**
    144K

    **untitled.**
    41K

    **d7b16ecd-8043-4430-9c09-4a79d167af63.**
    120K

    **untitled.**
    48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Mon, Aug 14, 2023 at 4:24 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> [Quoted text hidden]
> **[External Email]**
> [Quoted text hidden]
> [Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Mon, Aug 14, 2023 at 5:12 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm
Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                    Mon, Aug 14, 2023 at 5:15 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> [Quoted text hidden]
> **[External Email]**
> [Quoted text hidden]

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Tue, Aug 15, 2023 at 9:09 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>
Cc: "jiwon.byungarson@ufl.edu" <jiwon.byungarson@ufl.edu>

Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

[Quoted text hidden]
[External Email]
[Quoted text hidden]
[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                        Tue, Aug 15, 2023 at 11:45 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: jiwon.byungarson@ufl.edu

That's fine. Please confirm if that works.

Thanks,
Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

[Quoted text hidden]

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>            Tue, Aug 15, 2023 at 12:53 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris


On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris


[Quoted text hidden]

---

**5 attachments**

    **untitled.**
    105K

    **untitled.**
    144K

    **untitled.**
    41K

    **d7b16ecd-8043-4430-9c09-4a79d167af63.**
    120K

    **untitled.**
    48K

---

**Chris Garson** <chris.garson@exlsolutions.net>     Tue, Aug 15, 2023 at 3:03 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris


On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                Wed, Aug 16, 2023 at 1:44 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Marie,

I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.

They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.

Please call me at 904-402-2026.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                Thu, Aug 17, 2023 at 2:35 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Hi Marie,

I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.

This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!

Thanks again for your help—and hope to hear from you soon.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
Cc: countess@ufl.edu

Fri, Aug 18, 2023 at 2:39 PM

Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

[Quoted text hidden]

---

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

# ExlSol

Chris Garson <chris.garson@exlsolutions.net>

---

### Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
16 messages

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                Fri, Aug 18, 2023 at 4:09 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Hi Marie,
>
> I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.
>
> This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!
>
> Thanks again for your help—and hope to hear from you soon.
>
> Thanks,
> Chris

On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.
>
> They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.
>
> Please call me at 904-402-2026.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Yes sir, that does work for us.
>
> Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/15/2023, 11:45 AM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> That's fine. Please confirm if that works.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> There is a scheduling conflict, can we meet at 12:30pm on 8/22?
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 5:15 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm
Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                    Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes        State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris


On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.
>
> Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?
>
> Thanks,
> Chris


On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

<span style="color:red">[External Email]</span>
<span style="color:red">[External Email]</span>
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

    1. FL Student Assistance Grant
    2. FL Academic Scholars Award (Bright Futures)
    3. UF Undergraduate Grant
    4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
  Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

<span style="color:red">[External Email]</span>
<span style="color:red">[External Email]</span>
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
  Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.

Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.

If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.

Let me know if you have any questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]

Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



## Case Status Online

### Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ⊙

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu

**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025. Advance parole means that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson


On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> To: chris.garson, *Jiwon Iris Byun-Garson*        *July 6, 2023 at 11:14 AM*
>
> *Mr. Garson,*
> *I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.*
>
> *Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".*
>
> *Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*
>
> *If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*
>
> *Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]

**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| CASE UNDER REVIEW | | | View Case |
| --- | --- | --- | --- |
| **Date of CaseCheck** | **Agency** | **Case Verification Number** | **Case Status** |
| July 6, 2023 | D.C.-Federal Student Aid, U.S. Department of Education (WS37) | 0023111080901TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.
You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to

become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> ### § 668.33 Citizenship and residency requirements.
>
> (a) Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
> > (1) Be a citizen or national of the United States; or
> >
> > (2) Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
> >
> > > (i) Is a permanent resident of the United States; or
> > >
> > > (ii) Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> > **Date:** July 5, 2023 at 9:36:04 AM EDT
> > **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> > **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**
>
> ?

Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                          Fri, Aug 18, 2023 at 4:38 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our

23-cv-00272-JMM-HTC 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office.  If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you still want to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris


[Quoted text hidden]


**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

**d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

untitled.
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                     Fri, Aug 18, 2023 at 5:16 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris


On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

[Quoted text hidden]

---

**5 attachments**

    **untitled.**
    105K

    **untitled.**
    144K

    **untitled.**
    41K

    **d7b16ecd-8043-4430-9c09-4a79d167af63.**
    120K

    **untitled.**
    48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                                     Fri, Aug 18, 2023 at 5:20 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris

On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Mon, Aug 21, 2023 at 11:58 AM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris

On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

[Quoted text hidden]

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

**d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

untitled.
48K

**Chris Garson** <chris.garson@exlsolutions.net>                                Mon, Aug 21, 2023 at 12:00 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris

On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                                    Mon, Aug 21, 2023 at 12:07 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]

[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris


On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


[Quoted text hidden]


_____

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

d7b16ecd-8043-4430-9c09-4a79d167af63.
120K

untitled.
48K

_____

**Chris Garson** <chris.garson@exlsolutions.net>                              Mon, Aug 21, 2023 at 12:11 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris

[Quoted text hidden]

---

**5 attachments**

  **untitled.**
  105K

  **untitled.**
  144K

  **untitled.**
  41K

  **d7b16ecd-8043-4430-9c09-4a79d167af63.**
  120K

  **untitled.**
  48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>      Mon, Aug 21, 2023 at 12:59 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Mr. Garson,

I can definitely check the status again if it changes.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:11 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris


[Quoted text hidden]

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                    Wed, Aug 23, 2023 at 10:57 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as <u>neither</u> a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I can definitely check the status again if it changes.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:11 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris

On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]

[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I apologize for not including the update for the most recent status.
>
> The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.
>
> I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.
>
> If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/18/2023, 4:38 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> I did not see this email before attempting to contact you, as it went to a different part of my inbox.
>
> You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.
>
> Is this not the correct status that is required?
>
> We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.
>
> In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.
>
> Please advise as soon as possible.
>
> Thanks,
> Chris


On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I apologize for the delay in my response.
>
> I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.
>
> The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.
>
> Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal

Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office.  If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Hi Marie,
>
> I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.
>
> This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!
>
> Thanks again for your help—and hope to hear from you soon.
>
> Thanks,
> Chris

On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.
>
> They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.
>
> Please call me at 904-402-2026.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.
>
> Thanks,

Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Yes sir, that does work for us.
>
> Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/15/2023, 11:45 AM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> That's fine. Please confirm if that works.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> There is a scheduling conflict, can we meet at 12:30pm on 8/22?
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 5:15 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thank you for the prompt reply.
>
> We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.
>
> Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:
>
> Tuesday 8/22/23 - open all day
> Wednesday 8/23/23- Anytime before 3:00pm
> Thursday 8/24/23- Anytime before 2:00pm
>
> Please let me know if you would like to have conference call, Zoom meeting, or in person.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------

**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance
Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

| 2023-24 | Fact Sheet |
|---|---|

## Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes     State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance (FSAG) Program is a need-based grant program
available to degree-seeking, resident, undergraduate students who demonstrate
substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-
> specific and FL residency was the requirement—and that it has been approved.
>
> Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in
> any way?
>
> Thanks,
> Chris

On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the
> citizenship review.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 2:31 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.
>
> Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.
>
> If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.
>
> Let me know if you have any questions.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/8/2023, 10:33 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412EIGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> SAVE is now reporting that the request has been returned. Can you verify?
>
> Thanks,
> Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.
>
> If you have any questions please do not hesitate to reach out to me.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/2/2023, 4:04 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412EIGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Thank you again for your call today and the information; it was very helpful.
>
> It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/
>
> This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.

An official website of the United States government   Here's how you know ⌄     Espanol   Multilingual Resources

U.S. Citizenship
and Immigration
Services

Topics   Forms   Newsroom   Citizenship   Green Card   Laws   Tools

## Case Status Online

### Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ⍰

[ EAC1234567890 ]

[ Check Status ]

Already have an Account? Login

Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> *To: chris.garson,* Jiwon Iris Byun-Garson       July 6, 2023 at 11:14
> *AM*
>
> *Mr. Garson,*
> *I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.*
>
> *Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".*
>
> *Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*
>
> *If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*
>
> *Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| | | | |
|---|---|---|---|
| **CASE UNDER REVIEW** | | | View Case |
| **Date of CaseCheck** | **Agency** | **Case Verification Number** | **Case Status** |
| July 6, 2023 | D.C.- Federal Student Aid, U.S. Department of Education (WS37) | 0023111080901TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.
You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> **§ 668.33 Citizenship and residency requirements.**
>
> (a) Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
> (1) Be a citizen or national of the United States; or
>
> (2) Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
> (i) Is a permanent resident of the United States; or
>
> (ii) Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

\*\* Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
>> **Date:** July 5, 2023 at 9:36:04 AM EDT
>> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
>> **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**

?

Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado

Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

untitled.
105K

untitled.
144K

untitled.
41K

**d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

untitled.
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>                    Wed, Aug 23, 2023 at 4:30 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as neither a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

9/7/23, 1:45 AM
Case 1:23-cv-00272-MW-HTC Document 1-7 Filed 11/15/23 Page 64 of 146
2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I can definitely check the status again if it changes.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:11 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris

On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris

On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for

the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson <chris.garson@exlsolutions.net>
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Hi Marie,
>
> I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.
>
> This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!
>
> Thanks again for your help—and hope to hear from you soon.
>
> Thanks,
> Chris

On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.
>
> They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.
>
> Please call me at 904-402-2026.
>
> Thanks,

Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
That's fine. Please confirm if that works.

Thanks,
Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm
Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

9/7/23, 1:45 AM
Case 1:23-cv-00272-MW-HTC Document 17 Filed 11/15/23 Page 68 of 146
Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA.

Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                          Fact Sheet

## Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes     State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris


On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.
>
> Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?
>
> Thanks,
> Chris


On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]

9/7/23, 1:45 AM
Case 1:23-cv-00272-LMR-HTC Document 17 Filed 11/15/23 Page 70 of 146
2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Sent: 8/14/2023, 2:31 PM
To: sfa-help@mail.ufl.edu
Cc: jiwon.byungarson@ufl.edu
Subject: Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
From: Chris Garson [chris.garson@exlsolutions.net]
Sent: 8/14/2023, 11:58 AM
To: sfa-help@mail.ufl.edu
Subject: Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130**. The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, <u>it is important to specify exactly what you are attempting to verify (i.e. that she has a pending I-485)</u>. I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.
>
> Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.
>
> If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.
>
> Let me know if you have any questions.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/8/2023, 10:33 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> SAVE is now reporting that the request has been returned. Can you verify?
>
> Thanks,
> Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.
>
> If you have any questions please do not hesitate to reach out to me.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/2/2023, 4:04 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Thank you for the update. We will wait to hear from you.
>
> Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.
>
> Thanks,
> Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I have notified my supervisors about your concerns and they are researching your case.
>
> As soon as I have more information I will contact you.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 7/28/2023, 9:24 AM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson


On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:
>
>> *To: chris.garson, Jiwon Iris Byun-Garson*          *July 6, 2023 at 11:14 AM*
>>
>> *Mr. Garson,*
>> *I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.*
>>
>> *Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".*
>>
>> *Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*
>>
>> *If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*
>>
>> *Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*
>
> You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> -------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 7/28/2023, 7:00 AM
> **To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu

**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]

Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| CASE UNDER REVIEW | | | View Case |
|---|---|---|---|
| **Date of CaseCheck** <br> July 6, 2023 | **Agency** <br> D.C.-Federal Student Aid, U.S. Department of Education (WS37) | **Case Verification Number** <br> 0023111080901TP | **Case Status** <br> Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the maximum time the school is to wait is 15 business days. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES. You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf ( page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet

the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> **§ 668.33 Citizenship and residency requirements.**
>
> (a)  Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
>   (1)  Be a citizen or national of the United States; or
>
>   (2)  Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
>     (i)  Is a permanent resident of the United States; or
>
>     (ii)  Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination    [ ref:_00D412ElGo._5001K1FnuoE:ref ]**

?
Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                                                Wed, Aug 23, 2023 at 4:52 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Tracy,

We still believe she is an eligible non-citizen per our discussion, but if we concede that she is not for this purpose (which is your position as well), changing this on the FAFSA would then make her eligible for the UF Undergraduate Grant, correct? There would be no DHS match in this case, therefore making the FAFSA error-free.

Given where we are with the start of the semester, this may make the most sense for us for the time being.

Please confirm.

Thanks,
Chris

On Wed, Aug 23 2023 at 16:30, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as neither a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I can definitely check the status again if it changes.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> ------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:11 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.
>
> Thanks for your help,
> Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".
>
> Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> ------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:00 PM
> **To:** sfa-help@mail.ufl.edu

**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris

On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris

On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I apologize for the delay in my response.
>
> I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.
>
> The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.
>
> Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.
>
> You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.
>
> We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.
>
> If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/18/2023, 2:39 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** countess@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Hi Marie,
>
> I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.
>
> Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.
>
> Thanks again for your help on this.
>
> Chris
>
> On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
>> Hi Marie,

I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.

This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!

Thanks again for your help—and hope to hear from you soon.

Thanks,
Chris

On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:

Marie,

I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.

They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.

Please call me at 904-402-2026.

Thanks,
Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:

It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------

**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm
Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                           Fact Sheet

# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes        State Board of Education Rules 6A-20.031 - 20.033

## Program Description

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
  Marie,

The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.

Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

   1. FL Student Assistance Grant
   2. FL Academic Scholars Award (Bright Futures)
   3. UF Undergraduate Grant
   4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]

Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is <u>not VAWA</u> but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, <u>it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485)</u>. I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.

Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.

If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.

Let me know if you have any questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-
help@mail.ufl.edu> wrote:

Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR §
668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the
intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is
fully compliant with the SAVE response you received. Please let me know why the SAVE response is
incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for
permanent residency) is an instrument that allows a person to be paroled once returning to the US from a
trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for
those in this category. Based on her EAD, her authorization to use advance parole is valid through
February 2025, meaning that she can leave and return an infinite number of times to be paroled back into
the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this
better. Only those with a pending application for permanent residency can receive an I-512 endorsement
on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes
specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If
you're operating under the same federal regulations, why does USC accept this as valid evidence and you
do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully
compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal
regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-
help@mail.ufl.edu> wrote:

Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your
email:

> To: chris.garson, Jiwon Iris Byun-Garson          July 6, 2023 at 11:14
> AM
>
> Mr. Garson,
> I understand your concerns and want you to know that I will do whatever I can to assist
> you and your daughter with this case.
>
> Based on the information I received from the SAVE system for DHS, the status provided
> was that "the applicant status was application pending as a non-national of the US that
> has filed an application with USCIS for an extension, change or adjustment of status or to
> obtain employment, but a decision has not yet been made".

*Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*

*If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*

*Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.



According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the maximum time the school is to wait is 15 business days. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.
You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf ( page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:

Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

§ 668.33 Citizenship and residency requirements.

(a) Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—

  (1) Be a citizen or national of the United States; or

  (2) Provide evidence from the U.S. Immigration and Naturalization Service that he or she—

    (i) Is a permanent resident of the United States; or

    (ii) Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,

Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination    [ ref:_00D412ElGo._5001K1FnuoE:ref ]**
>
> ?
> Hello Jiwon,
>
> We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.
>
> While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/
>
> If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.
>
> Regards
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> ref:_00D412ElGo._5001K1FnuoE:ref

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>      Thu, Aug 24, 2023 at 5:21 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Hello Chris,

Our office recommends that families complete their FAFSA applications with the most accurate information about their bio-demographic information. If you decide to update the FAFSA, the comment codes will remain from the previous FAFSA answers. That is because the Department of Homeland Security cannot make a secondary match on the identity information provided. As mentioned, the FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

We recommend contacting the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 4:52 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Tracy,

We still believe she is an eligible non-citizen per our discussion, but if we concede that she is not for this purpose (which is your position as well), changing this on the FAFSA would then make her eligible for the UF Undergraduate Grant, correct? There would be no DHS match in this case, therefore making the FAFSA error-free.

Given where we are with the start of the semester, this may make the most sense for us for the time being.

Please confirm.

Thanks,
Chris


On Wed, Aug 23 2023 at 16:30, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)


Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as neither a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I can definitely check the status again if it changes.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> -------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:11 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.
>
> Thanks for your help,
> Chris

On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".
>
> Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> -------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:00 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?
>
> Thanks,
> Chris

On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".
>
> I will make sure that all the screenshots are available for your review tomorrow.
>
> Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris


On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office.  If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris


On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Hi Marie,
>
> I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.
>
> This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!
>
> Thanks again for your help—and hope to hear from you soon.
>
> Thanks,
> Chris


On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.
>
> They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.

Please call me at 904-402-2026.

Thanks,
Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm

Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
  Mr. Garson,

  I apologize I did not see your previous email.

  The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

  I hope this addresses your concerns.

  Let me know if you have any further questions.

  Regards,

  Marie Guerra Rosado
  Student Financial Aid and Scholarships
  Division of Enrollment Management

  --------------- Original Message ---------------
  **From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
  **Sent:** 8/14/2023, 4:10 PM
  **To:** chris.garson@exlsolutions.net
  **Cc:** jiwon.byungarson@ufl.edu
  **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                        Fact Sheet

## Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes        State Board of Education Rules 6A-20.031 - 20.033

| Program Description |
| --- |

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to ==degree-seeking, resident, undergraduate students== who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.

Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris


On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris


On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as

evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, <u>it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485)</u>. I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.
>
> Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.
>
> If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.
>
> Let me know if you have any questions.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/8/2023, 10:33 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> SAVE is now reporting that the request has been returned. Can you verify?
>
> Thanks,
> Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.
>
> If you have any questions please do not hesitate to reach out to me.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/2/2023, 4:04 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412EIGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:
>
>> *To: chris.garson,* *Jiwon Iris Byun-Garson*    *July 6, 2023 at 11:14 AM*
>>
>> *Mr. Garson,*
>> *I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.*
>>
>> *Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".*
>>
>> *Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*
>>
>> *If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*
>>
>> *Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*
>
> You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 7/28/2023, 7:00 AM
> **To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu

**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

<span style="color:red">[External Email]</span>
<span style="color:red">[External Email]</span>

Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| **CASE UNDER REVIEW** | | | View Case |
|---|---|---|---|
| **Date of CaseCheck** | **Agency** | **Case Verification Number** | **Case Status** |
| July 6, 2023 | D.C.-Federal Student Aid, U.S. Department of Education (WS37) | 002311080901TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES. You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf ( page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet

the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> ### § 668.33 Citizenship and residency requirements.
>
> (a)  Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
>   (1)  Be a citizen or national of the United States; or
>
>   (2)  Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
>     (i)  Is a permanent resident of the United States; or
>
>     (ii)  Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination    [ ref:_00D412ElGo._5001K1FnuoE:ref ]

?
Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizen status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

9/7/23, 1:45 AM       exl solutions Mail - Re: 2023 Occupant Non-Citizenship Determination 3 [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Case 1:28-cv-00272-MW-HTC Document 17 Filed 11/15/23 Page 103 of 146

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

📄 **untitled.**
   105K

📄 **untitled.**
   144K

📄 **untitled.**
   41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
   120K

📄 **untitled.**
   48K

---

**Chris Garson** <chris.garson@exlsolutions.net>                          Thu, Aug 24, 2023 at 5:30 PM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Tracy,

We would like to submit her parole documentation to you in order to qualify for the "Parolee" eligible status. Based on the requirements listed for this in the Federal Student Aid Handbook, this would be:

1. Her parole stamp
2. Her parole I-94
3. I-797 receipt for I-485

This would appear to be the most clear way to meet the Title IV requirements. What is the best way to get these documents to you so you can submit them to both FSA and/or SAVE for additional third-step verification? The first two documents were previously not included, so this is new.

Please advise.

Thanks,
Chris


On Thu, Aug 24, 2023 at 5:21 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

Our office recommends that families complete their FAFSA applications with the most accurate information about their bio-demographic information. If you decide to update the FAFSA, the comment codes will remain from the previous FAFSA answers. That is because the Department of Homeland Security cannot make a secondary match on the identity information provided. As mentioned, the FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

We recommend contacting the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 4:52 PM
**To:** sfa-help@mail.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Tracy,

We still believe she is an eligible non-citizen per our discussion, but if we concede that she is not for this purpose (which is your position as well), changing this on the FAFSA would then make her eligible for the UF Undergraduate Grant, correct? There would be no DHS match in this case, therefore making the FAFSA error-free.

Given where we are with the start of the semester, this may make the most sense for us for the time being.

Please confirm.

Thanks,
Chris

On Wed, Aug 23 2023 at 16:30, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as neither a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I can definitely check the status again if it changes.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:11 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris


On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris


On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu

**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris


On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris


On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Hi Marie,
>
> I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.
>
> This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!
>
> Thanks again for your help—and hope to hear from you soon.
>
> Thanks,
> Chris


On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.
>
> They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.
>
> Please call me at 904-402-2026.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Yes sir, that does work for us.
>
> Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/15/2023, 11:45 AM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> That's fine. Please confirm if that works.
>
> Thanks,
> Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> There is a scheduling conflict, can we meet at 12:30pm on 8/22?
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 5:15 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thank you for the prompt reply.
>
> We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.
>
> Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:
>
> Tuesday 8/22/23 - open all day
> Wednesday 8/23/23- Anytime before 3:00pm
> Thursday 8/24/23- Anytime before 2:00pm
>
> Please let me know if you would like to have conference call, Zoom meeting, or in person.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships

Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris


On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

2023-24                                                                              Fact Sheet

## Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes          State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris


On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.
>
> Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?
>
> Thanks,
> Chris


On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 2:31 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

1. FL Student Assistance Grant
2. FL Academic Scholars Award (Bright Futures)
3. UF Undergraduate Grant
4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

> Mr. Garson,
>
> Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.
>
> As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.
>
> Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?
>
> I have included the instructions on how to set up the student authorizations form.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> -------------- Original Message --------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 11:58 AM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?
>
> Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?
>
> Thanks,
> Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:

> Marie,
>
> She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.
>
> As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.
>
> When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e. that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.
>
> Please let me know as soon as possible.

Thanks,
Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.

Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.

If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.

Let me know if you have any questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris

On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris


On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Thank you for the update. We will wait to hear from you.
>
> Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.
>
> Thanks,
> Chris


On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I have notified my supervisors about your concerns and they are researching your case.
>
> As soon as I have more information I will contact you.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 7/28/2023, 9:24 AM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> **[External Email]**
> **[External Email]**
> Hi Marie,
>
> Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.
>
> The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> To: chris.garson, Jiwon Iris Byun-Garson      July 6, 2023 at 11:14 AM
>
> Mr. Garson,
> I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.
>
> Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".
>
> Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.
>
> If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.
>
> Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,



I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| | | | |
|---|---|---|---|
| **CASE UNDER REVIEW** | | | View Case |
| **Date of CaseCheck** | **Agency** | **Case Verification Number** | **Case Status** |
| July 6, 2023 | D.C.-Federal Student Aid, U.S. Department of Education (WS37) | 0023111080901TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the maximum time the school is to wait is 15 business days. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.
You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstruction s30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> ### § 668.33 Citizenship and residency requirements.
>
> (a)   Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
>     (1)   Be a citizen or national of the United States; or
>
>     (2)   Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
>        (i)   Is a permanent resident of the United States; or
>
>        (ii)   Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

\*\* Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**

?
Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**EM - Office of Student Financial Aid and Scholarships** <sfa-help@mail.ufl.edu>      Fri, Aug 25, 2023 at 4:50 PM
To: "chris.garson@exlsolutions.net" <chris.garson@exlsolutions.net>

Hello Chris,

You can respond to this email with attached copies of the documents you listed in your previous email. The documents will be submitted to the Department of Homeland Security for review. Our office will follow up with you once the documents are submitted and with the outcome of Jiwon's status once received from SAVE.

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/24/2023, 5:30 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Tracy,

We would like to submit her parole documentation to you in order to qualify for the "Parolee" eligible status. Based on the requirements listed for this in the Federal Student Aid Handbook, this would be:

1. Her parole stamp
2. Her parole I-94
3. I-797 receipt for I-485

This would appear to be the most clear way to meet the Title IV requirements. What is the best way to get these documents to you so you can submit them to both FSA and/or SAVE for additional third-step verification? The first two documents were previously not included, so this is new.

Please advise.

Thanks,
Chris


On Thu, Aug 24, 2023 at 5:21 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

Our office recommends that families complete their FAFSA applications with the most accurate information about their bio-demographic information. If you decide to update the FAFSA, the comment codes will remain from the previous FAFSA answers. That is because the Department of Homeland Security cannot make a secondary match on the identity information provided. As mentioned, the FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

We recommend contacting the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 4:52 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Tracy,

We still believe she is an eligible non-citizen per our discussion, but if we concede that she is not for this purpose (which is your position as well), changing this on the FAFSA would then make her eligible for the UF Undergraduate Grant, correct? There would be no DHS match in this case, therefore making the FAFSA error-free.

Given where we are with the start of the semester, this may make the most sense for us for the time being.

Please confirm.

Thanks,
Chris


On Wed, Aug 23 2023 at 16:30, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as <u>neither</u> a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris


On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I can definitely check the status again if it changes.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:11 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.
>
> Thanks for your help,
> Chris


On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".
>
> Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/21/2023, 12:00 PM
> **To:** sfa-help@mail.ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Marie,
>
> Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?
>
> Thanks,
> Chris


On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Case 1:23-cv-00272-MW-HTC Document 17 Filed 11/15/23 Page 120 of 146

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for not including the update for the most recent status.

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris

On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office. If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris

On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:

Hi Marie,

I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.

This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!

Thanks again for your help—and hope to hear from you soon.

Thanks,
Chris

On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.

They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.

Please call me at 904-402-2026.

Thanks,
Chris


On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris


On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris


On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

There is a scheduling conflict, can we meet at 12:30pm on 8/22?

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 5:15 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thank you for the prompt reply.

We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.

Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:

Tuesday 8/22/23 - open all day
Wednesday 8/23/23- Anytime before 3:00pm
Thursday 8/24/23- Anytime before 2:00pm

Please let me know if you would like to have conference call, Zoom meeting, or in person.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:24 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Yes, I will notify my supervisors and get back to you as soon as possible.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 4:22 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?


2023-24                                                           Fact Sheet


# Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes          State Board of Education Rules 6A-20.031 - 20.033


### Program Description

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris


On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.

Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?

Thanks,
Chris


On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 2:31 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks. She will do the release now.

The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.

Can you confirm that the following items are approved? They are all FL or UF.

 1. FL Student Assistance Grant
 2. FL Academic Scholars Award (Bright Futures)
 3. UF Undergraduate Grant
 4. UF Welcome Grant

Thanks,
Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130**. The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.

As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.

When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.

Please let me know as soon as possible.

Thanks,
Chris


On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.

Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.

If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.

Let me know if you have any questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412EIGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris


On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]

**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.



I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris


On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris


On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]

Sent: 7/28/2023, 9:24 AM
To: sfa-help@mail.ufl.edu
Cc: jiwon.byungarson@ufl.edu
Subject: Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I–485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> To: chris.garson, Jiwon Iris Byun-Garson                  July 6, 2023 at 11:14 AM
>
> Mr. Garson,
> I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.
>
> Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".
>
> Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.
>
> If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.
>
> Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.



According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the <u>maximum time the school is to wait is 15 business days</u>. These 15 business days expired yesterday July 27th. At this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.

You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstructions30Final.pdf ( page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> ### § 668.33 Citizenship and residency requirements.
>
> (a)  Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
> (1)  Be a citizen or national of the United States; or
>
> (2)  Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
> (i)  Is a permanent resident of the United States; or
>
> (ii)  Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
Sent from my iPhone

Begin forwarded message:

> **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> **Date:** July 5, 2023 at 9:36:04 AM EDT
> **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**

?

Hello Jiwon,

We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.

While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**5 attachments**

📄 **untitled.**
105K

📄 **untitled.**
144K

📄 **untitled.**
41K

📄 **d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

📄 **untitled.**
48K

---

**Chris Garson** <chris.garson@exlsolutions.net>      Tue, Sep 5, 2023 at 11:57 AM
To: EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>

Hi Tracy,

Hope you had a good weekend. Just to confirm, submitting parole docs to SAVE will very likely not change the underlying response of the pending I-485, since the pending I-485 trumps a parole status.

According to the FSA handbook, students claiming parole status WITH an I-797C for a pending I-485 need <u>not</u> submit the documents to SAVE at all.

Please see the below: [If the student <u>does not</u> submit an I-797C, send their alternative documentation to SAVE.] — To be clear, we are submitting this I-797C and have provided it to you.

temporary purpose and intends to become a citizen or permanent resident. DHS will usually respond to the filing of an I-485 with an I-797 and a parolee must provide this I-797C or any other immigration document from DHS showing the student is in the U.S. for other than a temporary purpose and intends to become a citizen or LPR.

If the student does not submit an I-797C, send their alternative documentation to SAVE and ensure that the SAVE response is "Parolee-Expires" or "Parolee-Indefinite" and that the Pending Applications or DHS Comments sections indicate one of the documents mentioned above. (Form I-485 is an application for Lawful Permanent Resident

9/7/23, 1:45 AM                    University of Florida Mail - Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Case 1:28-cv-00272-LMW-HTC  Document 17  Filed 11/15/23  Page 132 of 146

Otherwise, please find her parole documents attached with the I-797C.

Thanks,
Chris

On Fri, Aug 25, 2023 at 4:50 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
  Hello Chris,

  You can respond to this email with attached copies of the documents you listed in your previous email. The documents will be submitted to the
  Department of Homeland Security for review. Our office will follow up with you once the documents are submitted and with the outcome of Jiwon's
  status once received from SAVE.

  Thank you,

  Tracy McMullen
  Student Financial Aid and Scholarships
  Division of Enrollment Management


  -------------- Original Message ---------------
  **From:** Chris Garson [chris.garson@exlsolutions.net]
  **Sent:** 8/24/2023, 5:30 PM
  **To:** sfa-help@mail.ufl.edu
  **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

  [External Email]
  [External Email]
  Tracy,

  We would like to submit her parole documentation to you in order to qualify for the "Parolee" eligible status. Based on the requirements listed for this in
  the Federal Student Aid Handbook, this would be:

    1. Her parole stamp
    2. Her parole I-94
    3. I-797 receipt for I-485

  This would appear to be the most clear way to meet the Title IV requirements. What is the best way to get these documents to you so you can submit
  them to both FSA and/or SAVE for additional third-step verification? The first two documents were previously not included, so this is new.

  Please advise.

  Thanks,
  Chris



  On Thu, Aug 24, 2023 at 5:21 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
    Hello Chris,

    Our office recommends that families complete their FAFSA applications with the most accurate information about their bio-demographic
    information. If you decide to update the FAFSA, the comment codes will remain from the previous FAFSA answers. That is because the
    Department of Homeland Security cannot make a secondary match on the identity information provided. As mentioned, the FAFSA must
    be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance
    Grant (FSAG).

    We recommend contacting the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at
    https://student.aid.gov/feedback-center/ for further guidance.

    Thank you,

    Tracy McMullen
    Student Financial Aid and Scholarships
    Division of Enrollment Management


    -------------- Original Message ---------------
    **From:** Chris Garson [chris.garson@exlsolutions.net]
    **Sent:** 8/23/2023, 4:52 PM
    **To:** sfa-help@mail.ufl.edu
    **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

    [External Email]
    [External Email]
    Tracy,

    We still believe she is an eligible non-citizen per our discussion, but if we concede that she is not for this purpose (which is your position as well),
    changing this on the FAFSA would then make her eligible for the UF Undergraduate Grant, correct? There would be no DHS match in this case,

...therefore making the FAFSA error-free.

Given where we are with the start of the semester, this may make the most sense for us for the time being.

Please confirm.

Thanks,
Chris

On Wed, Aug 23 2023 at 16:30, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Hello Chris,

We advise all students and parents to complete their FAFSA application accurately and honestly regarding bio-demographic information, dependency status, and financial information. The FAFSA must be error-free and complete to receive federal student aid, institutional aid (UF Undergraduate Grant), and the Florida Student Assistance Grant (FSAG).

The requirement to receive FSAG funding states, "The student must be a Florida resident and a U.S. citizen or eligible non-citizen." FSAG.pdf (floridastudentfinancialaidsg.org)

Thank you,

Tracy McMullen
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/23/2023, 10:57 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I emailed Jennifer & Tracy yesterday, but I thought I should also send to you this way.

UF's position currently is that the FAFSA has an "error" due to the C-code of a DHS mismatch. If we change the FAFSA to designate Jiwon as <u>neither</u> a citizen or eligible non-citizen, DOE will no longer attempt a DHS match/SAVE request at all. And since the FSAG does not require either Title IV eligibility or being an eligible non-citizen, having an error-free FAFSA without an attempt of a DHS match at this stage should theoretically make her eligible for the FSAG, correct?

Please let us know so we can get the FAFSA reprocessed with this changed information. We understand this will remove our claim to Title IV eligibility at this stage while we explore options with the DOE and legally.

Thanks again for your help—and for assistance with setting up the meeting yesterday. It was much more efficient than trying to communicate over email, but I didn't think to ask this question then.

Thanks,
Chris

On Mon, Aug 21, 2023 at 12:59 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I can definitely check the status again if it changes.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:11 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Got it. I will talk with SAVE again between now and then, and, if they inform me that it was changed, I will email back to see if you would be willing to check it.

Thanks for your help,
Chris


On Mon, Aug 21, 2023 at 12:07 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

No, it is no longer showing the SAVE response "VAWA". It now shows the SAVE response "application pending".

Tomorrow when you and Jiwon arrive please go to the OneStop office located at S-107 Criser Hall. You will be meeting with my supervisor, Jennifer Bennett.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/21/2023, 12:00 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you for the clarification. That was the case where VAWA was indicated after third-step verification. That is what was corrected. Is it still showing VAWA under that section?

Thanks,
Chris


On Mon, Aug 21, 2023 at 11:58 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

The SAVE case number is 0023111080901TP that has the SAVE response "Application Pending".

I will make sure that all the screenshots are available for your review tomorrow.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 5:20 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Thanks for the update.

SAVE informed me that it shows "Pending I-485 - Temporary Employment Authorized". I will verify with them again on Monday, as they were very clear that the VAWA response is incorrect and had updated it to show Pending I-485.

Are you looking at the specific SAVE case 0023111080901TP?

Please bring the printouts of SAVE with you to the meeting so we can look together.

Please confirm if you are looking at that specific case, and have a good weekend.

Chris


On Fri, Aug 18, 2023 at 5:16 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:

Mr. Garson,

I apologize for not including the update for the most recent status.

9/7/23, 1:45 AM
Case 1:28-cv-00272-MW-HTC Document 17 Filed 11/15/23 Page 135 of 146
2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

The SAVE response received was "application pending" again without the I-485. According to the Federal Student Aid Handbook and other federal guidance we have received, this response is ineligible status to receive Title IV federal financial aid and the Florida Student Assistance Grant.

I will inform my supervisors that you want to keep the meeting for Tuesday at 12:30pm.

If you do wish to pursue this matter further, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 4:38 PM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

**[External Email]**
**[External Email]**
Marie,

I did not see this email before attempting to contact you, as it went to a different part of my inbox.

You have not addressed the fact that the SAVE status has been corrected to "Pending I-485", which is exactly what you told me nemerous times that you required.

Is this not the correct status that is required?

We still will require the meeting, and we will plan to be there Tuesday  at 12:30pm per our last discussion.

In the meantime, please provide an update regarding the corrected status. Per federal regulations, she is entitled to aid in this status, as you have previously confirmed with me.

Please advise as soon as possible.

Thanks,
Chris


On Fri, Aug 18, 2023 at 4:09 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for the delay in my response.

I am writing to provide you with a summary of the status of the citizenship status verification related to your daughter's FAFSA application for the 2023-2024 aid year.

The documentation you have provided was submitted to the Department of Homeland Security, and the Systematic Alien Verification for Entitlements (SAVE) responses received, per federal guidelines, are ineligible statuses to receive Title IV federal financial aid and the Florida Student Assistance Grant.

Our office has consulted with Federal Student Aid regarding your situation and the Department of Homeland Security SAVE system representatives. The SAVE eligible non-citizen 3rd step verification resulted in an ineligible status twice, based upon federal documentation for eligible statuses. Our office then consulted with Federal Student Aid regarding this status and the verbal information you provided; Federal Student Aid confirmed the initial determination that the documentation received from both you and SAVE cannot result in an eligible status.

You have requested a meeting, in person, with our office to discuss the above. Before you make the trip to campus and potentially take yourself away from work or other responsibilities, I wanted to make you aware that we cannot override the determination from the Department of Homeland Security. Unless you have additional documentation to provide, there is nothing else we can do to assist you in eligibility for federal financial aid or state need-based financial aid.

We have exhausted all options available through our office.  If you still want to discuss this matter in-person, I am willing to meet with you. However, I would only be able to reiterate the above facts and would not be able to help you further.

If you wish to pursue this matter, the best course of action would be for you to contact the Federal Student Aid Ombudsman Group by phone at 1-800-433-3243 or online at https://student.aid.gov/feedback-center/ for further guidance.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/18/2023, 2:39 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** countess@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I really hate to be a pain as I'm sure you're very busy, but we're trying to plan our week next week and need to know if we still need to travel down there for our meeting on Tuesday—or if everything is resolved now.

Could you please acknowledge receipt and give us an update sometime today? My number is 904-402-2026. I will try your office again later today.

Thanks again for your help on this.

Chris


On Thu, Aug 17, 2023 at 2:35 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

I left you a VM a few minutes ago; sorry I missed you. I just wanted to make sure you got my last email and to get an update on where we are—and if we still need that meeting next week.

This has been really stressful for us, and we really would appreciate an update. I'm sure you're swamped with the term starting next week, and I'm really sorry to add to that!

Thanks again for your help—and hope to hear from you soon.

Thanks,
Chris



On Wed, Aug 16, 2023 at 1:44 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Marie,

I just left you a VM, but I wanted to let you know that I was able to talk with someone at SAVE Case Resolutions & Audits to correct the SAVE response you received on the case 0023111080901TP that had the incorrect VAWA response.

They acknowledged that the VAWA response was incorrect and they changed the response to Pending I-485, which is what you indicated was necessary for your purposes.

Please call me at 904-402-2026.

Thanks,
Chris



On Tue, Aug 15, 2023 at 3:03 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
It will be Jiwon and myself. I will attempt to ensure any other relevant parties are available by phone at that time if necessary.

Thanks,
Chris



On Tue, Aug 15, 2023 at 12:53 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

Yes sir, that does work for us.

Can you please tell me who all is coming with you so I can make sure we can accommodate everyone?

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


-------------- Original Message --------------

**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/15/2023, 11:45 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
That's fine. Please confirm if that works.

Thanks,
Chris

On Tue, Aug 15, 2023 at 9:09 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> There is a scheduling conflict, can we meet at 12:30pm on 8/22?
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 5:15 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thank you for the prompt reply.
>
> We can be there in person at 1:30pm on 8/22. Please confirm and we'll look forward to seeing you all then.
>
> Chris

On Mon, Aug 14, 2023 at 5:12 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I spoke with my supervisor and the earliest availability is next week. Here are the days and times we can meet:
>
> Tuesday 8/22/23 - open all day
> Wednesday 8/23/23- Anytime before 3:00pm
> Thursday 8/24/23- Anytime before 2:00pm
>
> Please let me know if you would like to have conference call, Zoom meeting, or in person.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
> **Sent:** 8/14/2023, 4:24 PM
> **To:** chris.garson@exlsolutions.net
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> Mr. Garson,
>
> Yes, I will notify my supervisors and get back to you as soon as possible.
>
> Regards,
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 4:22 PM

**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Yes, they are need-based awards based on the FAFSA. The FAFSA is what demonstrates the need. However, the fact that you even received the FAFSA data from the DOE indicates that there were no errors in processing. There is nothing listed as an error on her FAFSA when logging in, and the FAFSA shows as fully processed with no errors.

I understand the Title IV is a separate matter, but the immigration status for purposes of Title IV has nothing to do with the need demonstrated on the FAFSA. The FAFSA has been fully processed, and you would not have even received it if there were errors on it.

Can we schedule a conference with you and your supervisors this week to discuss this and other items? This is not being interpreted correctly.

Thanks,
Chris

On Mon, Aug 14, 2023 at 4:19 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize I did not see your previous email.

The FL Student Assistance Grant and UF Undergraduate grant are not federal but these two awards are need-based awards and eligibility is determined from information provided on the FAFSA. In order to receive these awards we must have an error-free FAFSA and the student must show need on their federal need analysis report.

I hope this addresses your concerns.

Let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** EM - Office of Student Financial Aid and Scholarships [sfa-help@mail.ufl.edu]
**Sent:** 8/14/2023, 4:10 PM
**To:** chris.garson@exlsolutions.net
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

Mr. Garson,

Per Florida Statute, the Florida Student Assistant Grant (FSAG) also requires that the student complete an error-free FAFSA. Once we receive the final confirmation for your daughter's citizenship status we will be able to determine her eligibility for the FSAG award.

You can see this requirement in the "Applying for an Award" section of the FSAG section of the fact sheet you sent me from OSFA.

Please let me know if you have any further questions.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 3:42 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Following up on my last email, please see the eligibility requirements per Florida Statutes regarding the FL Student Assistance Grant. Residency is only required and follows the same rules as Bright Futures.

Why is this not approvable?

| 2023-24 | Fact Sheet |
|---|---|

## Florida Student Assistance Grant Program

Sections 1009.50 - 1009.52, Florida Statutes     State Board of Education Rules 6A-20.031 - 20.033

**Program Description**

The Florida Student Assistance Grant (FSAG) Program is a need-based grant program available to degree-seeking, resident, undergraduate students who demonstrate substantial financial need and are enrolled in participating postsecondary institutions.

Thanks,
Chris

On Mon, Aug 14, 2023 at 3:26 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> The FL State Assistance Grant and UF Undergraduate grant are not federal. You previously stated that FL aid was state-specific and FL residency was the requirement—and that it has been approved.
>
> Can you explain why these are different and tied to the federal awards when they are not related to the federal regulations in any way?
>
> Thanks,
> Chris

On Mon, Aug 14, 2023 at 3:23 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> I confirmed that all awards except the Bright Futures award and the Welcome Grant are on hold until we complete the citizenship review.
>
> Let me know if you have any further questions.
>
> Marie Guerra Rosado
> Student Financial Aid and Scholarships
> Division of Enrollment Management
>
>
> --------------- Original Message ---------------
> **From:** Chris Garson [chris.garson@exlsolutions.net]
> **Sent:** 8/14/2023, 2:31 PM
> **To:** sfa-help@mail.ufl.edu
> **Cc:** jiwon.byungarson@ufl.edu
> **Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]
>
> [External Email]
> [External Email]
> Thanks. She will do the release now.
>
> The only federal aid she has listed is her Pell Grant, the Pell Grant supplement, and Federal Work/Study.
>
> Can you confirm that the following items are approved? They are all FL or UF.
>
> 1. FL Student Assistance Grant
> 2. FL Academic Scholars Award (Bright Futures)
> 3. UF Undergraduate Grant
> 4. UF Welcome Grant
>
> Thanks,
> Chris

On Mon, Aug 14, 2023 at 2:27 PM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,

Currently, I am waiting for the DOE to finish the verification checks that occur when we request that they resubmit the student's information to determine if DHS can verify citizenship. I have not received a response back yet but as soon as I have more information I will reach out to you.

As for the aid your daughter is eligible for, the only aid she is approved for is her Bright Futures award. All of the other aid she was awarded is still pending final confirmation of her citizenship status. I noticed that your daughter has not set up her student authorizations to release financial information yet.

Can you please have her update this information and include you on the form so I can discuss the details of her financial aid awards with you?

I have included the instructions on how to set up the student authorizations form.

Let me know if you have any further questions.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/14/2023, 11:58 AM
**To:** sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Hope you had a good weekend. I see that you submitted the additional SAVE request and that it's in review. Did you get anything back on it instantly—or did it immediately move to 2nd stage?

Also, can you confirm that the only aid not yet approved is the Pell Grant & supplement? Is all of her other aid approved?

Thanks,
Chris

On Wed, Aug 09, 2023 at 11:01 AM, Chris Garson <chris.garson@exlsolutions.net> wrote:
> Marie,
>
> She was recently approved for Special Immigrant Juvenile Status (SIJS) on July 28th, which is not VAWA but it is somewhat related conceptually (it uses the same application form). **This is completely separate from, and is not affected by, her concurrent Adjustment of Status application based on an I-130.** The VAWA specifically, however, is completely incorrect. They must have not looked at the specific details before responding.
>
> As shown to you both by the receipt notice and the fact that you can still check the I-485 on the USCIS website as pending, she has a pending I-485 which makes her eligible by itself. Can you not use the confirmed pending 485 as evidence of this? You can check this easily on the USCIS website yourself.
>
> When submitting the third-step request, it is important to specify exactly what you are attempting to verify (i.e, that she has a pending I-485). I'm not sure what you wrote originally, but this could have caused confusion.
>
> Please let me know as soon as possible.
>
> Thanks,
> Chris

On Wed, Aug 09, 2023 at 10:47 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,
>
> Yes, the response was returned but it was a completely different status. The SAVE Response received is VAWA Self-Petitioner but the VAWA Status is that your daughter is not the self-petitioner.
>
> Please allow me a few days to research this new status to determine if we can approve your daughter for federal aid based on the documentation we have received.
>
> If you have any documentation from DHS about the VAWA status you can send me a copy and I will review it immediately.
>
> Let me know if you have any questions.
>
> Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/8/2023, 10:33 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

SAVE is now reporting that the request has been returned. Can you verify?

Thanks,
Chris


On Tue, Aug 08, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I apologize for my delayed response. Thank you for this information. I will include this document with your case. I will continue to monitor your daughter's DHS case. I am hoping we will receive an update soon.

If you have any questions please do not hesitate to reach out to me.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management


--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 8/2/2023, 4:04 PM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Marie,

Thank you again for your call today and the information; it was very helpful.

It may not matter, but one other thing you can do to independently verify that the I-485 is still pending is to enter the receipt number on the I-485 receipt that we sent you (IOE0915492398) into the USCIS/DHS case status check on the website here: https://egov.uscis.gov/

This will show you the below, which indicates directly from DHS that the I-485 is pending as of the date/time you run the check.

An official website of the United States government   Here's how you know ⌄      Español   🌐 Multilingual Resources

**U.S. Citizenship
and Immigration
Services**

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

## Case Status Online

### Case Is Being Actively Reviewed By USCIS

As of October 19, 2022, we are actively reviewing your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number IOE0915492398. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number ❓

EAC1234567890

Check Status

Already have an Account? Login

Create an Account? Sign up

I may renew this assertion later, but I thought it may be an idea.

Thanks,
Chris

On Mon, Jul 31, 2023 at 5:14 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Thank you for the update. We will wait to hear from you.

Please feel free to contact me at (904) 402-2026 if you have any follow-up questions.

Thanks,
Chris

On Fri, Jul 28, 2023 at 11:32 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
Mr. Garson,

I have notified my supervisors about your concerns and they are researching your case.

As soon as I have more information I will contact you.

Regards,

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

-------------- Original Message --------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 9:24 AM
**To:** sfa-help@mail.ufl.edu
**Cc:** jiwon.byungarson@ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412EIGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

Thank you; I'm not sure why neither of us received your email. However, I'd like to refer you to 34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid.

The pending I-485 shows that she has a pending application for permanent residency and that is fully compliant with the SAVE response you received. Please let me know why the SAVE response is incompatible with this federal regulation that clearly makes her eligible for Title IV aid.

Please also note that I-512 advance parole for the purposes of those with a pending I-485 (application for permanent residency) is an instrument that allows a person to be paroled once returning to the US

from a trip abroad to resume processing of their I-485. The stated parole period upon entry is always 1 year for those in this category. Based on her EAD, her authorization to use advance parole is valid through February 2025, meaning that she can leave and return an infinite number of times to be paroled back into the US for 1 year each time, effectively making her parole period through February 12, 2026.

I previously sent you a document from the University of Southern California that seems to understand this better. Only those with a pending application for permanent residency can receive an I-512 endorsement on their EAD, and USC seems to understand that. That's why their citizenship eligibility form makes specific reference to that endorsement as a valid way to evidence parole for the purposes of Title IV aid. If you're operating under the same federal regulations, why does USC accept this as valid evidence and you do not? They will receive the exact same SAVE responses in this case, which, as I noted above, is fully compatible with 34 CFR § 668.33(a)(2)(ii).

Please review this document: https://financialaid.usc.edu/docs/NCIT.S.pdf

Again, after speaking with our lawyer and with other schools that operate under the same federal regulations, we firmly believe that UF is misapplying the law in this case.

Please advise.

Thanks,
Chris Garson

On Fri, Jul 28, 2023 at 8:40 AM, EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu> wrote:
> Mr. Garson,

I am not sure what happened but I did reply to your email on July 6th. Here is my response to your email:

> To: chris.garson, Jiwon Iris Byun-Garson       July 6, 2023 at 11:14 AM

*Mr. Garson,*
*I understand your concerns and want you to know that I will do whatever I can to assist you and your daughter with this case.*

*Based on the information I received from the SAVE system for DHS, the status provided was that "the applicant status was application pending as a non-national of the US that has filed an application with USCIS for an extension, change or adjustment of status or to obtain employment, but a decision has not yet been made".*

*Per our federal regulations, advance parole is not the same parolee status as an individual who is paroled in the United States for at least one year [Section 212(d)(5) of the Immigration and Nationality Act (INA)]. Therefore, individuals with advance parole status are not eligible for Title IV for aid unless they also fall into some other Title IV-eligible category (e.g., permanent residents, asylees, or parolees) and can document that eligible status.*

*If you have any additional documentation that you can provide me that shows a status other than advance parolee I can resubmit the forms to SAVE.*

*Please let me know how you want to proceed. If you have any additional questions feel free to response back to this email or you can call me directly at 352.294.3259*

You are correct, I did resubmit the documentation that was provided to SAVE. Per our federal regulations, that was mentioned above, I am unable to approve for your daugther's citizenship status without an eligible SAVE response. If you have any additional documentation that you can provide me that shows a status other than advance parolee, please send me a copy and I will review it immediately.

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

--------------- Original Message ---------------
**From:** Chris Garson [chris.garson@exlsolutions.net]
**Sent:** 7/28/2023, 7:00 AM
**To:** jiwon.byungarson@ufl.edu; sfa-help@mail.ufl.edu
**Subject:** Re: 2023-24 Eligible NonCitizenship Determination [ ref:_00D412ElGo._5001K1FnuoE:ref ]

[External Email]
[External Email]
Hi Marie,

I hope you've been well. Although we have not received a response from you, I see that on July 6th (the day after I sent the previous email) , the DHS SAVE case was reopened, presumably because you submitted a third step request. As of this email on July 28th, the case is still pending.

| | | | |
|---|---|---|---|
| **CASE UNDER REVIEW** | | | View Case |
| Date of CaseCheck | Agency | Case Verification Number | Case Status |
| July 6, 2023 | D.C.-Federal Student Aid, U.S. Department of Education (WS37) | 0023111080901TP | Case Under Review |

According to the "SAVE System Instructions for US Department of Education (School) Users" guide, the maximum time the school is to wait is 15 business days. These 15 business days expired yesterday July 27th. After this time, the school is to make a decision based on the documentation submitted and to not follow up with the SAVE case further. Please see the excerpt cited below for further detail.

### Checking SAVE for a Response After Submitting a Third Step Verification Request

After you have submitted a third step verification request AND have waited three to five business days, log into the SAVE URL: https://save.uscis.gov/web/vislogin.aspx?JS=YES.

You will also receive an email from SAVE indicating that a response is available.

Click this link for instructions on how to "Access the Student's Case in SAVE".

**If a SAVE Response is not received within 15 Business days of submitting a third step verification request:**

As per federal regulation 668.136(b)(3), if you have sufficient documentation to make a decision, and if you have no information that conflicts with the student's documents or claimed status, you must review their file and determine whether they meet the eligible noncitizen requirements. If they do meet the requirements, make any disbursement for which they are eligible and note in their file that SAVE exceeded the time allotment and that noncitizen eligibility was determined without their verification. You are not required to follow up with SAVE for a final response.

**Note:** You are not required to act on a SAVE Response or notification of a SAVE Response

Source: https://fsapartners.ed.gov/sites/default/files/attachments/2019-11/SAVEInstruction s30Final.pdf (page 30)

Linking source: https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2019-10-16/save-instructions-us-department-education-school-users-version-30-available-updated-sept-9-2022

Please advise as soon as possible if you will follow these directives from the Department of Education, such that we can ensure this is resolved before the term begins. Please also refer to my previous email regarding the legal basis for her eligibility.

Thank you,
Chris Garson

On Wed, Jul 05, 2023 at 1:54 PM, Chris Garson <chris.garson@exlsolutions.net> wrote:
Hi Marie,

Thank you for the update. Jiwon forwarded your email to me; I'm responding as the father of Jiwon Byun-Garson.

We have spoken to the Department of Education, the Department of Homeland Security, and our immigration lawyer prior to submitting this, and all three have confirmed that her status (parolee) is eligible for aid. Here is the legal basis for this.

First, the Department of Education's Federal Aid Student Handbook states the basis for my eligibility as one of the eligible non-citizen categories:

Source: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/2022-2023/vol1/ch2-us-citizenship-eligible-noncitizens

Her evidence of parole status is indicated on my I-766 (Employment Authorization) with the endorsement of "I-512 ADVANCE PROLE". Additionally, I have a pending I-485 and submitted the applicable I-797C to evidence this. This card is valid for 2 years, meeting the 1 year parole requirement along with a pending I-485 (showing clear intent to become a permanent resident). These factors meet the eligible category of "Persons paroled into the US for at least one year" in accordance with the above.

You can also see, for example, on the USC citizen verification form (linked below) that the "Employment Authorization with the notation of 'Serves as I-512 Advance Parole'" is clearly eligible

for federal aid under the "Person Paroled into the US for at least one year" category.

Even though this is a different university, the federal rules still apply country-wide.

Source: https://financialaid.usc.edu/docs/NCIT.S.pdf

Second, the source of the parolee with a pending I-485 aid eligibility stems from Title 34 of the Federal Regulations.

34 CFR § 668.33(a)(2)(ii) states that persons "in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident" are eligible for federal aid. The pending I-485 shows that she has a pending application for permanent residency.

> **§ 668.33 Citizenship and residency requirements.**
>
> (a)  Except as provided in paragraph (b) of this section, to be eligible to receive title IV, HEA program assistance, a student must—
>
>    (1)  Be a citizen or national of the United States; or
>
>    (2)  Provide evidence from the U.S. Immigration and Naturalization Service that he or she—
>
>       (i)  Is a permanent resident of the United States; or
>
>       (ii)  Is in the United States for other than a temporary purpose with the intention of becoming a citizen or permanent resident;

Source: https://www.ecfr.gov/current/title-34/subtitle-B/chapter-VI/part-668/subpart-C/section-668.33

Third, the Department of Education, through the FAFSA process, has verified her eligibility with USCIS/DHS shown below. The date matches the date we submitted her FAFSA application. You indicated that you attempted to verify this yourself, but there is no record with DHS/USCIS that you (the school) attempted to do so after this date. All requests for verification with DHS are stored in the SAVE system. Her FAFSA shows that her status has been verified.

** Please clarify your legal basis for denying her aid that the DOE, DHS, Federal Regulations, and other schools clearly indicate she is eligible for. This may not be a situation you handle on a regular basis, so please review the legal basis above and let me know how we can appeal this determination. We can have our lawyer speak with your legal team if needed.

The Federal Aid Student Handbook indicates that you may need to submit a third-level SAVE request to get the correct determination.

Please let us know as soon as possible so we can resolve before the term begins.

Regards,
Chris Garson

On Wed, Jul 05, 2023 at 11:59 AM, Jiwon I. Byun-Garson <jiwon.byungarson@ufl.edu> wrote:
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** EM - Office of Student Financial Aid and Scholarships <sfa-help@mail.ufl.edu>
> > **Date:** July 5, 2023 at 9:36:04 AM EDT
> > **To:** "Byun-Garson, Jiwon I." <jiwon.byungarson@ufl.edu>
> > **Subject: 2023-24 Eligible NonCitizenship Determination   [ ref:_00D412ElGo._5001K1FnuoE:ref ]**
> >
> >            ?
> > Hello Jiwon,
> >
> > We submitted the documentation you gave to us for your eligible non-citizenship status to the Department of Homeland Security for their review to see if you are eligible for financial aid. Unfortunately, based on their review of the documentation provided, you are not eligible for financial aid with your current status. If in the future your status changes, please do not hesitate to reach out to us so that we can resubmit and check to see if your new status would qualify.
> >
> > While federal funding for your university endeavor, at least with your current immigration status, is not available, there are many other options available to you. You can check out our scholarship page to see if you qualify for any institutional or outside scholarships: http://www.sfa.ufl.edu/types-of-

9/7/23, 1:45 AM    Rivas v. Our Lady of the Lake et al - Re: 2023-24 Eligible Non-Citizenship Determination. [ref_00D412ElGo._5001K1FnuoE:ref ]

Case 1:23-cv-00272-MW-HTC   Document 17   Filed 11/15/23   Page 146 of 146

aid/scholarships/

If you have any questions, please contact the UF OneStop at www.onestop.ufl.edu.

Regards

Marie Guerra Rosado
Student Financial Aid and Scholarships
Division of Enrollment Management

ref:_00D412ElGo._5001K1FnuoE:ref

---

**8 attachments**



**I797C_for_I-485.jpg**
483K

**I94 - Official Website.pdf**
184K

**Parole_Stamp.pdf**
78K

**untitled.**
105K

**untitled.**
144K

**untitled.**
41K

**d7b16ecd-8043-4430-9c09-4a79d167af63.**
120K

**untitled.**
48K