# EXHIBIT I

UF ADMISSIONS

# Residency Status

Jiwon Byun-Garson (jiwonhosabyun@gmail.com)
2023 Freshman Application
Not Jiwon Byun-Garson? Click here.

You have been classified as a Florida resident for tuition purposes.

Submit    Cancel